**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Darnell BROWN, Petitioner**

**No. 357 EAL 2016**

Supreme Court of Pennsylvania.

December 14, 2016

**ORDER**

PER CURIAM

**AND NOW,** this 14th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Because an autopsy report consti-tutes testimonial hearsay, does not use of that report by another expert as the basis of his own opinion vio-late the Sixth Amendment guaran-tee of the right of Confrontation?

(2) Because Rule 703 allows an expert to use inadmissible evidence to form an opinion but does not allow that inad-missible evidence to be used for its truth, did not the Superior Court err in concluding that Rule 703 permit-ted the testimony in this case where the testifying expert's opinion has

relevance and probative value *only* if the report he relied on is true?

**David PLANAMENTO, Petitioner**

v.

**WORKERS' COMPENSATION AP-PEAL BOARD (U.S. AIR-WAYS), Respondent**

**No. 333 EAL 2016**

Supreme Court of Pennsylvania.

December 14, 2016

**ORDER**

PER CURIAM

**AND NOW,** this 14th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**